Andrew J. Capestro SBN 40712
Law Offices of Andrew J. Capestro
P.O. Box 791
Rancho Santa Fe, CA 92067
Telephone (858)759-7703
Facsimile (858)759-7694

Attorney For Defendants
Truman F. Campbell, Trustee of the
Truman and Janice Campbell Revocable
Trust Dated August 29, 2005, Truman
Campbell and Andrew Capestro dba
Silver Dollar

# UNITED STATES DISCTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:11-CV-02038-LJO-SKO |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| vs. | |
| TRUMAN F. CAMPBELL, TRUSTEE OF THE TRUMAN AND JANICE CAMPBELL REVOCABLE TRUST DATED AUGUST 29, 2005, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Ronald Moore ("Plaintiff") and Defendants Truman F. Campbell, Trustee of the Truman and Janice Campbell Revocable Trust Dated August 29, 2005, Truman Campbell and Andrew Capestro dba Silver Dollar ("Defendants"), by and through their respective counsel, that pursuant to Federal Rules of Civil Procedure, Rule 6 and Local Rule 144(a), Defendants may have to and including February 22, 2012 to file a responsive pleading in this matter. This extension of time is Defendants' second extension and does not alter the date of any

- 1 -

*Moore v. Campbell, et al.*
Stipulation of Time

event or any deadline already fixed by Court Order to respond to the Plaintiff's complaint.

The Parties seek this extension because they are engaged in settlement discussions and are optimistic that a settlement can be reached. The Parties wish to expend their resources exploring such settlement to the greatest extent possible.

Date: February 2, 2012                           MOORE LAW FIRM, PC

                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorneys for Plaintiff
                                            Ronald Moore

Date: January 31, 2012

                                            */s/  Andrew J. Capestro*
                                            Andrew Capestro,
                                            Attorney for Defendants
                                            Truman F. Campbell,
                                            Trustee of the Truman
                                            and Janice Campbell
                                            Revocable Trust Dated
                                            August 29, 2005, Truman
                                            Campbell and Andrew
                                            Capestro dba Silver
                                            Dollar

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants shall have to and including February 22, 2012, within which to file a response to the complaint.

IT IS SO ORDERED.

   Dated:   **February 2, 2012**                    **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE

*Moore v. Campbell, et al.*
Stipulation of Time