1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>TRUMAN F. CAMPBELL, et al.,<br><br>    Defendants. | No. 1:11-CV-02038-LJO-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ARTHUR CAMPBELL <u>ONLY</u>; [PROPOSED] ORDER** |

WHEREAS, Defendant Arthur Campbell has not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that <u>ONLY</u> Defendant Arthur Campbell be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: April 12, 2012                MOORE LAW FIRM, P.C.


                                    /s/Tanya E. Moore
                                    Tanya E. Moore
                                    Attorneys for Plaintiff Ronald Moore

///

*Moore v. Truman F. Campbell, et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

# **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that <u>ONLY</u> Defendant Arthur Campbell be dismissed with prejudice from this action.  The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **April 12, 2012**                         /s/ Lawrence J. O'Neill
                                                                         UNITED STATES DISTRICT JUDGE