Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>   Plaintiff,<br><br>vs.<br><br>TRUMAN F. CAMPBELL, et al.,<br><br>   Defendants. | No. 1:11-CV-02038-LJO-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ARTHUR CAMPBELL <u>ONLY</u>; [PROPOSED] ORDER** |

WHEREAS, Defendant Arthur Campbell has not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that <u>ONLY</u> Defendant Arthur Campbell be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: April 12, 2012                    MOORE LAW FIRM, P.C.


                                        /s/Tanya E. Moore
                                        Tanya E. Moore
                                        Attorneys for Plaintiff Ronald Moore

///

*Moore v. Truman F. Campbell, et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that <u>ONLY</u> Defendant Arthur Campbell be dismissed with prejudice from this action.  The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **April 12, 2012**                              /s/ Lawrence J. O'Neill
                                                                       UNITED STATES DISTRICT JUDGE