K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>           Plaintiff,<br><br>      vs.<br><br>TRUMAN F. CAMPBELL, et al.<br><br>           Defendants. | No.  1:11-CV-02038-LJO-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Truman F. Campbell, Trustee of the Truman and Janice Campbell Revocable Trust Dated August 29, 2005, Truman Campbell and Andrew Capestro, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: December 13, 2012                         MOORE LAW FIRM, P.C.


                                                /s/Tanya E. Moore
                                                Tanya E. Moore
                                                Attorney for Plaintiff Ronald Moore

*Moore v. Truman F. Campbell, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 1

| | |
|---|---|
| Date: December 13, 2012 | LAW OFFICES OF ANDREW J. CAPESTRO |
| | /s/ Andrew J. Capestro |
| | Andrew J. Capestro |
| | Attorney for Defendants Truman F. Campbell, Trustee of the Truman and Janice Campbell Revocable Trust Dated August 29, 2005, Truman Campbell and Andrew Capestro |

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  **December 13, 2012**              **/s/ Lawrence J. O'Neill**
                                                                                    UNITED STATES DISTRICT JUDGE

*Moore v. Truman F. Campbell, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 2